FILED
HARRISBURG, PA
JUL 14 2021
PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : No. 1:21-CR- 190
:
v. : (Judge Conner)
:
JEFFREY COLON-SANTIAGO :
Defendant. :

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1
21 U.S.C. § 841(a)(1)
(Possession With Intent to Distribute Controlled Substances)

On or about April 2, 2021, in York County, within the Middle District of Pennsylvania, the defendant,

**JEFFREY COLON-SANTIAGO**,

did knowingly and intentionally possess with intent to distribute controlled substances, to wit:

a. a substance containing a detectable amount of cocaine base, a Schedule II controlled substance;

b. Fentanyl, a Schedule II controlled substance; and

c. Marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 924(c)(1)(A)
(Possession of Firearm in Furtherance of a Drug Trafficking Crime)

On or about April 2, 2021, in York County, within the Middle District of Pennsylvania, the defendant,

### JEFFREY COLON-SANTIAGO,

did knowingly possess a firearm, to wit: a Smith & Wesson model M&P 9 Shield EZ 9 mm semiautomatic pistol, serial number: RDR0471, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
18 U.S.C. §§ 922(g)(1)
(Possession of a Firearm and Ammunition by a Prohibited Person)

On or about April 2, 2021, in York County, within the Middle District of Pennsylvania, the defendant,

**JEFFREY COLON-SANTIAGO**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Smith & Wesson model M&P 9 Shield EZ 9 mm semiautomatic pistol, serial number: RDR0471, and 9 rounds of 9mm ammunition, said firearms and ammunition having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1).

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE:

**FORFEITURE ALLEGATION**

1. The allegations contained in Counts 1 through 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Sections 924(c)(1)(A) and 922(g)(1) set forth in Counts 1 through 3 of this Indictment, the defendant,

**JEFFREY COLON-SANTIAGO,**

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses; any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses; and any firearms and ammunition involved in the commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

   a. a Smith & Wesson model M&P 9 Shield EZ 9mm semiautomatic pistol, serial number: RDR0471;

   b. 9 rounds of 9mm ammunition.

3. If any of the property described above, as a result of any act or omission of the defendant:

4

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

BRUCE BRANDLER
ACTING UNITED STATES ATTORNEY    TRUE BILL

_____
PAUL J. MIOVAS, JR.
Assistant United States Attorney

_____
FOREPERSON

7/14/21
Date